# Court of Appeals
# of the State of Georgia

ATLANTA,___May 14, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14D0339.  AMBERULA LEVITT v. RHONDA LEVITT.

Rhonda Levitt obtained a judgment against her sister, Amberula Levitt, which she collected through garnishment.  In a separate action, Amberula Levitt sued Rhonda Levitt, seeking damages for breach of contract, fraud, and punitive damages on the ground that the funds collected by Rhonda Levitt exceeded the amount of the judgment.   The case proceeded to trial, and the jury returned a verdict in favor of Rhonda Levitt, which judgment was made the order of the trial court.  Amberula Levitt seeks discretionary review of the trial court's order, but the order is subject to direct appeal.  See OCGA § 5-6-34 (a) (1). This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal.  See OCGA § 5-6-35 (j).  Therefore, this application is hereby GRANTED.

Amberula Levitt shall have ten days from the date of this order to file a notice of appeal if she has not already done so.  The clerk of the state court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/14/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*